NO. 07-08-0086-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 24, 2008
_____

KENCO BANCSHARES, INC., APPELLANT

V.

E.O.WINKLES, INDIVIDUALLY AND AS INDEPENDENT
EXECUTOR AND TRUSTEE UNDER THE WILL OF
ALICE E. WINKLES, DECEASED, APPELLEE
_____

FROM THE 39TH DISTRICT COURT OF KENT COUNTY;

NO. 1639; HONORABLE CHARLES LEWIS CHAPMAN, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**ON MOTION TO DISMISS**

On April 17, 2008, appellant Kenco Bancshares, Inc., filed an unopposed motion to dismiss this appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. Tex. R. App. P. 42.1(a)(1). As no agreement regarding appellate costs has been filed, all costs incurred by this appeal are

adjudged against appellant.  Tex. R. App. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.


James T. Campbell
Justice